**NOTE; CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARLA-MARIA MORENO,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, a business entity form unknown; MACY'S WEST STORES, INC.; SCHINDLER ENTERPRISES; and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 5:23-cv-02268-FWS-SHK<br><br>Judge: Hon. Fred W. Slaughter<br>Courtroom:    10D<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION TO RIVERSIDE COUNTY SUPERIOR COURT [20]** |

s///

///

///

Having reviewed and considered the Joint Stipulation to Remand Action to Riverside County Superior Court [20] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **REMANDED** to Riverside County Superior Court as Case No. CVRI2303018.

**IT IS SO ORDERED**.

Dated:  May 29, 2024

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE